```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

STEPHANI S. BUERGER,        *

    Plaintiff,               *

vs.                            *   CIVIL ACTION NO. 22-00045-JB-B

ALABAMA POWER COMPANY,     *

    Defendant.             *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated June 7, 2022 (Doc. 5) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and obey the Court's directives.

**DONE and ORDERED** this 29th day of June, 2022.

                    /s/ JEFFREY U. BEAVERSTOCK
                    CHIEF UNITED STATES DISTRICT JUDGE